Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>JACOB LUKE WILLIAMS,<br>      Defendant. | Docket 6:11-mj-00151-MJS<br>STIPULATION TO CONTINUE INITIAL APPEARANCE AND; AND ORDER THEREON<br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

    IT IS HEREBY STIPULATED by and between Susan St. Vincent,  the legal officer for the National Park Service, and Defendant, JACOB LUKE WILLIAMS, that the Initial Appearance in the above-captioned matters set for November 15, 2011, shall be continued to December 6, 2011, at 9:00 a.m.   JACOB LUKE WILLIAMS agrees to be bound by the conditions of his release set forth in the October 22, 2011 standing order until his initial appearance.

Dated: October 27, 2011               /s/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park


Dated: October 26, 2011               /s/ Jacob Luke Williams
Jacob Luke Williams

Defendant

* * * ORDER * * *

The Court, having reviewed the above request to continue the initial appearance for Jacob Luke Williams, now set for November 15, 2011, and set the matter for initial appearance on December 6, 2011 at 9:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The initial appearance now set for November 15, 2011, is continued to December 6, 2011.
2. Defendant Jacob Luke Williams will be bound by the conditions of his release until that December 6, 2011 initial appearance.

IT IS SO ORDERED.

Dated: October 31, 2011      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE